NEHEMIAH ROMM and Another, as Administrators, etc., of ABRAHAM ROMM, Deceased, v. NEHEMIAH FRIEDMAN.— Preference granted for January 4, 1927. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

BENJAMIN FLEISCHMAN v. GREENBAUM FIXTURE Co., INC., Impleaded, etc.— Motion granted, on condition that appeal be brought on for argument on the 17th day of December, 1926. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

MILDOR REALTY CORPORATION, Respondent, v. SOLOMON RILEY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

RUTH F. SIRE, Respondent, v. THE BLUE RIBBON CAFE, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

ARTHUR ISELIN and Others, as Trustees, etc., Respondents, v. EDWARD E., KAUFER, Appellant.— Orders reversed, with ten dollars costs and disbursements, and motion to open default and to vacate orders and judgment granted on payment of costs as taxed, and upon opening of said default the original motion for judgment denied, upon the ground that issues of fact are presented which require a trial. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

LORD & TAYLOR, Respondent, v. PHILIP MASLANSKY and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

HUGO JOSEPHY & SON, INC., Appellant, v. RIVERSIDE COLD STORAGE Co., INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to consolidate actions granted. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

CHARLES HOLLAND, Appellant, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

In the Matter of the Application of MONTROSE STUART, as Administrator, etc., of MABEL ZUCCHI NEGRI, Deceased, and Others, for an Order Directing the Comptroller of the City of New York to Pay the Award Made to ANGELO ZUCCHI, for Damage Nos. 91, 92 and 93 in the Report of Commissioners of Estimate and Assessment, in Proceedings to Open Fort Schuyler Road from the Easterly Boundary of Land Acquired for West Farms Road at Westchester Creek to Morris Lane in the Borough of The Bronx, City of New York.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

ROCKOWITZ CORSET AND BRASSIERE CORPORATION, Respondent, v. MADAME X COMPANY, INC., and Others, Appellants.— Order modified as indicated in order and as so modified affirmed, without costs, with leave to appellants to apply to the Appellate Division for an order dispensing with the printing of the proposed case on appeal, the stenographer's minutes, the proposed amendments thereto, and all exhibits whether inserted in the case on appeal or attached to the affidavits. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.